United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, aka GARY FISHER,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>Respondent. | Case No. 14-cv-04013-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Gary Dale Barger challenges a conviction he suffered in the Ventura County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** September 5, 2014

_____
WILLIAM H. ORRICK
United States District Judge