# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY DALE BARGER, | ) | NO. CV 14-07043-VBF (MAN) |
| Petitioner, | ) | RULE 58 JUDGMENT |
| v. | ) | |
| DIRECTOR OF "OPS" AT CDCR, | ) | |
| Respondent | ) | |

    Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED:    October 8, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE